UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:18-CV-211-ORL-TBS

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
)
GARY GILLSTEDET, individually, GARY )
GILLSTEDT, last known director of )
SOUTHCORP ENTERPRISES, INC., a dissolved )
Florida Corporation, )
)
        Defendant. )

## NOTICE OF FILING

Plaintiff, United States of America, by and through its undersigned counsel files this Affidavit of Service in the above styled cause.

Dated: March 19, 2018
Miami, Florida

Respectfully submitted,

Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States
of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by regular US Mail to Gary Gillstedt, individually, Gary Gillstedt, last known director of SOUTHCORP ENTERPRISES, INC., a dissolved Florida Corporation at the address of 2029 Lake Fischer Cove Ln, Gotha, FL 34734, on this 19 day of March, 2018.

Steven M. Davis

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:18-CV-211-ORL-TBS

Plaintiff:
THE ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE UNITED STATES OF AMERICA

vs.

Defendant:
GARY GILLSTEDT, individually, ET AL.

For:
Steven M. Davis, Esq. (7)
Becker & Poliakoff, P.A.
121 Alahambra Plaza
10th Floor
Coral Gables, FL 33134

Received by Investigative Process Service, Inc. on the 9th day of February, 2018 at 12:07 pm to be served on **Gary Gillstedt, Individually, 8655 Crestgate Circle, Orlando, FL 32819**.

I, Ed Young, being duly sworn, depose and say that on the **8th day of March, 2018** at **5:47 pm**, I:

**INDIVIDUALLY SERVED:** Served the within named person by delivering a true copy of this **Summons in a Civil Action, Civil Cover Sheet, Complaint** with the date and hour of service endorsed thereon by me at **2029 Lake Fischer Cove Ln, Gotha, FL 34734**, pursuant to F.S. 48.031(1).

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 67, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 180, Hair: Brown, Glasses: N

I certify that I am over the age of eighteen, and I have no interest in the above action.

Subscribed and Sworn to before me on the 13th day of March, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

JACKIE L DAGDAYAN
MY COMMISSION # GG 073244
EXPIRES: March 16, 2021
Bonded Thru Budget Notary Services

Ed Young
9th Judicial Circuit-CPS #0178

Investigative Process Service, Inc.
P. O. Box 3551
Orlando, FL 32802-3551
(407) 426-7433

Our Job Serial Number: ILS-2018000636

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

THE ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE UNITED STATES OF AMERICA

*Plaintiff(s)*

v.

GARY GILLSTEDT, individually,
GARY GILLSTEDT as last known director of
SOUTHCORP ENTERPRISES, INC., a dissolved Florida Corporation

*Defendant(s)*

Civil Action No. 6:18-cv-211-ORL-18-TBS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GARY GILLSTEDT, individually
8655 CRESTGATE CIRCLE
ORLANDO, FL 32819

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: STEVEN M. DAVIS
BECKER & POLIAKOFF, P.A.
121 ALHAMBRA PLAZA, 10TH FLOOR
CORAL GABLES, FLORIDA 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/12/18

*Signature of Clerk or Deputy Clerk*

[Handwritten annotations on right side:]
You must obtain description of the person served
Age 67 Sex M, F, Race W
Height 5'10 Weight 180
Hair Brown Glasses Y N

Continuous Marriage Yes___ No X

Served: Gary Gillstedt
Date 2/15/18 Time 5:47 am/pm
S. Eisenberg – L.J. Moran – D. Ward
E. Young – T. Foster – J. Dippenworth
M. Adams – E. Austin – J. Ortiz
Certified Process Servers
18's ORA 277 OSA
Investigative Process Service, Inc.
P.O. Box 3551, Orlando, FL 32802
407/426-7433

Based on inquiry of party accepting service, Defendant is (is not) in the MILITARY SERVICE of the United States.

636

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:18-CV-211-ORL-TBS

Plaintiff:
**THE ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE UNITED STATES OF AMERICA**

vs.

Defendant:
**GARY GILLSTEDT, individually, ET AL.**

For:
Steven M. Davis, Esq. (7)
Becker & Poliakoff, P.A.
121 Alahambra Plaza
10th Floor
Coral Gables, FL 33134

Received by Investigative Process Service, Inc. on the 9th day of February, 2018 at 12:07 pm to be served on **Gary Gillstedt, as last known director of SOUTHCORP ENTERPRISES, INC., a dissolved Florida Corporation, 8655 Crestgate Circle, Orlando, FL 32819.**

I, Ed Young, being duly sworn, depose and say that on the **8th day of March, 2018 at 5:47 pm, I:**

SERVED the **Summons in a Civil Action, Civil Cover Sheet, Complaint** as listed below in comments.

Additional Information pertaining to this Service:
Served to Gary Gillstedt, as last known director of SouthCorp Enterprises, Inc., a dissolved Florida Corporation at the 2nd address given of 2029 Lake Fischer Cove Ln, Gotha, FL 34734

**Description** of Person Served: Age: 67, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 180, Hair: Brown, Glasses: N

I certify that I am over the age of eighteen, and I have no interest in the above action.

Subscribed and Sworn to before me on the 13th day of March, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

JACKIE DAGDAYAN
MY COMMISSION # GG 073244
EXPIRES: March 16, 2021
Bonded Thru Budget Notary Services

Ed Young
9th Judicial Circuit-CPS #0176

Investigative Process Service, Inc.
P. O. Box 3551
Orlando, FL 32802-3551
(407) 426-7433

Our Job Serial Number: ILS-2018000637

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| THE ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br> v. <br> GARY GILLSTEDT, individually, GARY GILLSTEDT as last known director of SOUTHCORP ENTERPRISES, INC., a dissolved Florida Corporation <br><br> *Defendant(s)* | Civil Action No. <br><br> 6:18-cv-211-ORL-TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GARY GILLSTEDT, as last known director of SOUTHCORP ENTERPRISES, INC., a dissolved Florida Corporation
8655 CRESTGATE CIRCLE
ORLANDO, FL 32819

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    STEVEN M. DAVIS
BECKER & POLIAKOFF, P.A.
121 ALHAMBRA PLAZA, 10TH FLOOR
CORAL GABLES, FLORIDA 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/2/18                                                    *Signature of Clerk or Deputy Clerk*

637