UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE ADMINISTRATOR OF THE SMALL
BUSINESS ADMINISTRATION,

Plaintiff,

v.  Case No: 6:18-cv-211-Orl-18TBS

GARY G. GILLSTEDT, individually, and
GARY G. GILLSTEDT, as last known director
of SOUTHCORP ENTERPRISES, INC., a
dissolved Florida corporation,

Defendant.

## ORDER

This cause came on for consideration without oral argument on Plaintiff's Motion for Entry of Default Final Judgment (the "Motion") (Doc. 10), to which no response was filed. The Motion was referred to the United States Magistrate Judge, who entered a report and recommendation (the "Report and Recommendation") (Doc. 11) on July 19, 2018, recommending that the Motion be granted. (*Id.* at 5.) No timely objections to the Report and Recommendation were filed. Upon review of the Report and Recommendation (Doc. 11) and noting that Plaintiff filed the original promissory note and modification at issue in this case on August 3, 2018 (*see* Docs. 12, 12-1), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 11) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Entry of Default Final Judgment (Doc. 10) is **GRANTED**.

3. Judgment is entered in favor of Plaintiff United States of America and against Defendant Gary G. Gillstedt, upon the Complaint (Doc. 1) herein:

    a. Plaintiff shall recover of Defendant the following sums:

i. Principal in the amount of $107,400.27 (after application of all prior payments, credits, and offsets)

   ii. Interest through May 31, 2017 in the amount of $2,377.52

   iii. Costs in the amount of $120.00

  b. The total amount Plaintiff shall recover of Defendant is **$109,897.79, plus interest at the rate of 4.00% from May 31, 2017 to the date of this judgment, for all of which sums let execution issue.**

4. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961 and shall be enforceable as provided by 28 U.S.C. § 2001 et seq., 28 U.S.C. §§ 3001-3307, and Rule 69(a) of the Federal Rules of Civil Procedure.

5. Plaintiff's address is: Becker & Poliakoff P.A., 121 Alhambra Plaza 10th Floor, Coral Gables, FL 33134 and Small Business Administration, an agency of the United States of America, 200 W. Santa Ana Blvd., Suite 700, Santa Ana, CA 92701.

6. The Clerk of Court is directed to **ENTER JUDGMENT accordingly**, in favor of Plaintiff United States of America and against Defendant Gary G. Gillstedt, and to thereafter **CLOSE** the case.

7. The Clerk of Court shall send two (2) certified copies of the Judgment to counsel for Plaintiff, Steven M. Davis, Esquire.

**DONE** and **ORDERED** in Orlando, Florida, this 13 day of August, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties